# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| ) | |
| Plaintiff,  ) | |
| ) | |
| v.  ) | 2:10-CR-472-RCJ (GWF) |
| ) | |
| NOLBERTO GONZALES,  ) | |
| ) | |
| Defendant.  ) | |

## PRELIMINARY ORDER OF FORFEITURE

This Court finds that on June 6, 2011, defendant NOLBERTO GONZALES pled guilty to Count One of a Three-Count Criminal Indictment charging him with Alien Illegally in Possession of a Firearm, in violation of Title 18, United States Code, Sections 922(g)(5) and 924(a)(2). Docket #21, 22.

This Court finds defendant NOLBERTO GONZALES agreed to the forfeiture of the property set forth in Forfeiture Allegation of the Criminal Indictment and the Plea Agreement. #1,22.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegation of the Criminal Indictment and Plea Agreement and the offense to which defendant NOLBERTO GONZALES pled guilty.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c):

1      a) an F.E.G., model P9R, 9mm semi-automatic handgun, serial number R67232;

2      b) a Beretta, 9mm handgun, serial number BER479568; and

3      c) any and all ammunition ("property").

4     This Court finds the United States of America is now entitled to, and should, reduce the

5 aforementioned property to the possession of the United States of America.

6     NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the

7 United States of America should seize the aforementioned property.

8     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of

9 NOLBERTO GONZALES in the aforementioned property is forfeited and is vested in the United

10 States of America and shall be safely held by the United States of America until further order of the

11 Court.

12     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America

13 shall publish for at least thirty (30) consecutive days on the official internet government forfeiture

14 website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state

15 the time under the applicable statute when a petition contesting the forfeiture must be filed, and state

16 the name and contact information for the government attorney to be served with the petition,

17 pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

18     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed

19 with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

20     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,

21 shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the

22 following address at the time of filing:

23 . . .

24 . . .

25 . . .

26 . . .

DANIEL G. BOGDEN
United States Attorney
Nevada Bar Number 2137
MICHAEL A. HUMPHREYS
Assistant United States Attorney
Lloyd D. George United States Courthouse
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this 27th day of June, 2011.

_____
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I, Dana A. Chrystall, Forfeiture Support Associate Paralegal III, certify that the following individuals were served with a copy of the Preliminary Order of Forfeiture on June 15, 2011, by the below identified method of service:

CM/ECF

Jason F. Carr
Federal Public Defender
411 E Bonneville Suite 250
Las Vegas, NV 89101-
Email: ECF_Vegas@FD.ORG
*Attorney for Defendant Nolberto Gonzales*

Rene Valladares
Federal Public Defender
411 E Bonneville Suite 250
Las Vegas, NV 89101-
Email: ECF_Vegas@fd.org
*Attorney for Defendant Nolberto Gonzales*

Richard F Boulware
Federal Public Defender
411 E. Bonneville
Las Vegas, NV 89101
Email: Richard_Boulware@FD.org
*Attorney for Defendant Nolberto Gonzales*

/s/Dana A. Chrystall
Dana A. Chrystall
Forfeiture Support Associate Paralegal III